In re Hine Associates; Trowbridge, Marjorie P.; Bell, Pauline P.; Bell, Charles N.; Lewis, Henry Fielding Jr.; Kyle, Frederick B.; Kyle, John Edwin Jr.; H/B Associates; Kyle Associates; Smardon, Billie Marie; Smardon, William Kyle; Children’s Hosp. of Los Angles; Martin, Florida Richard; St. Joseph’s Abbey; Jones, Alexander Shepherd Jr.; Trahan, Ellen Louise; Mio-ton, Donald F. II; Odgen, William W. II; Mioton, Guy Britton; Odgen, Charlton B. II; McCune, Timothy L.; Ellis, Donna Mio-ton; Mioton, Eric; Mioton, John Stevens III; Stelzner, Sara Latham; Latham, Flor *292 ence Ellen; Kennedy, Daisy Latham; Bag-ley, Billie Latham; Clegg, JoAnn Latham; Trust, Ernest D. Latham; Latham, Robert E.; Banzhoff, Mary Latham; Latham, Ernest Douglas; Latham, William Henry; Holmes, Paula Lewis Slaw; Slaw Construction Co.; applying for writs of prohibition, mandamus, certiorari or review and supervisory; Parish of Iberia, 16th Judicial District Court, Div. “B”, No. 62054; to the Court of Appeal, Third Circuit, No. CW87-0650.
Denied.
DIXON, C.J., and WATSON and LEMMON, JJ., would grant the writ.